UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-111(01) RM |
| | ) | |
| COREY D. FAIR | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 4, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 27], ACCEPTS defendant Corey Fair's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:   December 23, 2009  

　　　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.  
　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court